**NORTON ROSE FULBRIGHT**

October 28, 2025

*via ECF*

Magistrate Judge Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201

Norton Rose Fulbright US LLP 1301
Avenue of the Americas
New York, New York 10019-6022
United States of America

Direct line +1 303 801 2750
william.leone@nortonrosefulbright.com

Fax +1 212 318 3400

Re: *Allstate Insurance Company et al v. Sandgaard et al*, Case No. 1:25-cv-04915

Dear Judge Kaminsky,

We are counsel to Defendant Anna Lucsok ("Ms. Lucsok") in the above-captioned case.

We write jointly with the consent of Plaintiffs, pursuant to Rule I.C of Your Honor's Individual Motion Practice Rules, to request the Court enter a briefing schedule for Ms. Lucsok's anticipated answer or other responsive pleading to Plaintiffs' Amended Complaint and Demand for Jury Trial (the "Amended Complaint"). ECF No. 13.

Plaintiffs served Ms. Lucsok with a summons and copy of Plaintiffs' first complaint on September 29, 2025. ECF No. 12. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Ms. Lucsok's answer was due October 20, 2025. However, Plaintiffs filed the Amended Complaint on October 8, 2025. ECF No. 13. Ms. Lucsok has agreed to accept service of the Amended Complaint and to waive any defects of service in exchange for an extension of time to respond to the Amended Complaint.

Ms. Lucsok, through counsel, has conferred with Plaintiffs and the parties have agreed to the following proposed briefing schedule:

- On or before January 9, 2026, Ms. Lucsok shall serve her answer to the Amended Complaint or other responsive pleading (including but not limited to a motion to dismiss).

- On or before February 13, 2026, Plaintiffs shall serve any opposition papers to Ms. Lucsok's responsive pleading (if one is filed).

- On or before February 27, 2026, Ms. Lucsok shall serve any reply papers (if any are needed).

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas. Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

This is Ms. Lucsok's first request of an extension of time in this matter. The parties respectfully request that the Court adopt this joint proposed schedule.

Respectfully submitted,

| **Norton Rose Fulbright US LLP** | **King, Tilden, McEttrick & Brick, P.C.** |
|---|---|
| By: /s/ *Bill Leone* | By: /s/ *Nathan Tilden* |
| Bill Leone | Nathan A. Tilden |
| Mayling C. Blanco | Douglas McInnis |
| 1301 Avenue of the Americas | 350 Granite Street, Suite 2204 |
| New York, New York 10019-6022 | Braintree, MA 02184 |
| United States of America | ntilden@ktmpc.com |
| | |
| *Counsel for Defendant Anna Lucsok* | *Counsel for Plaintiffs* |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas. Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.