

Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903-1345

**Zachary A. Cunha**
Partner

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

T / 401.454.1025
F / 833.693.0904
zcunha@nixonpeabody.com

November 4, 2025

<u>**Via ECF**</u>

Magistrate Judge Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   RE: *Allstate Insurance Company et al. v. Sandgaard et al.*, Case No. 1:25-cv-04915

Dear Judge Kaminsky:

  We represent defendant Thomas Sandgaard in the above-captioned action.

  We write jointly with the consent of Plaintiffs, pursuant to Rule I.C of Your Honor's Individual Motion Practice Rules and this Court's September 5, 2025 Scheduling Order, to request the Court enter a briefing schedule for Mr. Sandgaard's anticipated answer or other responsive pleading to Plaintiffs' Amended Complaint (the "Amended Complaint") (ECF No. 13). Mr. Sandgaard has agreed to accept service of the Amended Complaint and waives any service defects in exchange for an extension of time to respond to the operative pleading.

  Mr. Sandgaard, through counsel, has conferred with Plaintiffs and the parties have agreed to the following proposed briefing schedule, which is identical to that previously ordered with respect to co-defendants Zynex and Luksok:

- On or before January 9, 2026, Mr. Sandgaard shall serve his answer or otherwise respond to Plaintiffs' Amended Complaint.

- On or before February 13, 2026, Plaintiffs shall serve any opposition papers.

- On or before February 27, 2026, Mr. Sandgaard shall serve any reply papers.

  This is Mr. Sandgaard's first request for an extension of time in this matter. The parties respectfully request that the Court adopt this joint proposal.

4924-8058-5078.1

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

Respectfully submitted,

| **Nixon Peabody LLP** | **King, Tilden, McEttrick & Brick, P.C.** |
|---|---|
| By: */s/ Zachary A. Cunha* | By: */s/ Nathan A. Tilden* |
| Zachary A. Cunha | Nathan A. Tilden |
| One Citizens Place, Suite 500 | Douglas McInnis |
| Providence, RI 02903-1345 | 350 Granite Street, Suite 2204 |
| zcunha@nixonpeabody.com | Braintree, MA 02184 |
| | ntilden@ktmpc.com |
| *Counsel for Defendant Thomas Sandgaard* | *Counsel for Plaintiffs* |