# CARTER LEDYARD MILBURN

**Michael H. Bauscher**
Partner
bauscher@clm.com

28 Liberty Street
New York, NY 10005
D / 212-238-8785

November 11, 2025

**Via ECF**
Magistrate Judge Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *Allstate Insurance Company et al. v. Sandgaard et al.*, Case No. 1:25-cv-04915

Dear Judge Kaminsky:

We represent defendant Daniel Moorhead in the above-referenced action.

We write jointly with the consent of Plaintiffs, pursuant to Rule I.C of Your Honor's Individual Motion Practice Rules, to request the Court enter a briefing schedule for Mr. Moorhead's anticipated answer or other responsive pleading to Plaintiffs' Amended Complaint (ECF No. 13, the "Amended Complaint") that aligns with the briefing schedule for the other defendants in this case. Mr. Moorhead has agreed to accept service of the Amended Complaint and waives any service defects in exchange for an extension of time to respond to the operative pleading. Mr. Moorhead's current responsive pleading deadline is December 22, 2025.

Mr. Moorhead, through counsel, has conferred with Plaintiffs and the parties have agreed to the following proposed briefing schedule, which is identical to the schedule that the Court previously ordered with respect to defendants Zynex, Lucsok, and Sandgaard:

- On or before January 9, 2026, Mr. Moorhead shall serve his answer or otherwise respond to Plaintiffs' Amended Complaint.

- On or before February 13, 2026, Plaintiffs shall serve any opposition papers.

- On or before February 27, 2026, Mr. Moorhead shall serve any reply papers.

This is Mr. Moorhead's first request for an extension of time in this matter. The parties respectfully request that the Court adopt this joint proposal.

**CARTER LEDYARD MILBURN**

-2-

Respectfully submitted,

| | |
|---|---|
| **Carter Ledyard & Milburn LLP** | **King, Tilden, McEttrick & Brick, P.C.** |
| *By: Michael H. Bauscher* | *By: Nathan A. Tilden* |
| Michael H. Bauscher | Nathan A. Tilden |
| Sarah H. Ganley | Douglas McInnis |
| 28 Liberty Street | 350 Granite Street, Suite 2204 |
| New York, NY 10005 | Braintree, MA 02184 |
| bauscher@clm.com | ntilden@ktmpc.com |
| *Counsel for Defendant Daniel Moorhead* | *Counsel for Plaintiffs* |